**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH, and
JOYCE STERLING,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**NOTICE OF AMENDED PLEADING**

---

Celia Taylor ("Proposed Plaintiff-Intervenor") by and through her attorneys, Sweeney & Bechtold, LLC, hereby submits a Notice of Amended Pleading pursuant to D.C.Colo.L.CivR 15.1(a) and state as follows:

1. The Court accepted the Complaint in Intervention of Plaintiff-Intervenors Nancy Ehrenreich, Kris McDaniel-Miccio, and Catherine Smith for filing on June 28, 2017. (Doc. 49.)

2. The Court accepted the Amended Complaint in Intervention of Plaintiff-Intervenors Ehrenreich, McDaniel-Miccio, Smith, as well as K.K. DuVivier and Joyce Sterling for filing on August 23, 2017. (Doc. 63.)

3. Contemporaneous with this Notice, Proposed Plaintiff-Intervenor Celia Taylor is filing an Unopposed Motion to Intervene and Second Amended Complaint in Intervention.

4. A copy of the Second Amended Complaint in Intervention with strikes through and underlines to indicate deleted and added text, respectively, is attached as Exhibit 1.

Respectfully submitted September 28, 2017.

By: SWEENEY & BECHTOLD, LLC

s/Charlotte N. Sweeney
650 S. Cherry St., Ste. 700
Denver, CO 80246
Telephone: (303) 865-3733
cnsweeney@sweeneybechtold.com

s/Joan M. Bechtold
650 S. Cherry St., Ste. 700
Denver, CO 80246
Telephone: (303) 865-3733
jmbechtold@sweeneybechtold.com

s/Ariel B. DeFazio
650 S. Cherry St., Ste. 700
Denver, CO 80246
Telephone: (303) 865-3733
abdefazio@sweeneybechtold.com

ATTORNEYS FOR INTERVENORS DuVIVIER, EHRENREICH, McDANIEL-MICCIO, SMITH, AND STERLING AND PROPOSED PLAINTIFF-INTERVENOR TAYLOR

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2017, a true and correct copy of the foregoing was served via electronic mail to the following addresses:

Jim Goh
Steven W. Moore
LaLonnie Gray
Constangy, Brooks, Smith & Prophete, LLP
JGoh@constangy.com
SMoore@constangy.com
LGray@constangy.com
*Attorneys for Defendant*

Michael Imdieke
Karl Tetzlaff
Michael.Imdieke@eeoc.gov
Karl.Tetzlaff@eeoc.gov
Wasad.Awad@eeoc.gov
*Attorneys for EEOC*

Baine P. Kerr
Jonathan B. Boonin
Lauren E. Groth
Hutchinson Black and Cook, LLC
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Jennifer Reisch
Equal Rights Advocates
jreisch@equalrights.org
*Attorneys for Plaintiff-Intervenor Lucy Marsh*

*s/ Ashley Rodriguez*
Ashley Rodriguez