**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-CV-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DUVIVIER,
JOYCE STERLING, and
CELIA TAYLOR

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT IN INTERVENTION**

---

1. Intervenor Celia Taylor ("Intervenor Taylor"), filed a Motion to Intervene on September 28, 2017 (Dkt. 77), which the Court granted on October 2, 2017 (Dkt. 81).

2. Defendant's Answer to the Second Amended Complaint in Intervention is due on October 16, 2017.

3. Undersigned counsel for Defendant received notice on Friday, October 13, 2017 that his brother had passed, and has subsequently left the country to tend to funeral arrangements

in Malaysia. As a result of his family circumstance, DU needs an extension of time, up to and including October 23, 2017, to finalize and file Defendant's Answer to the Second Amended Complaint in Intervention.

4. Defendant has not previously sought any extensions with respect to the Second Amended Complaint in Intervention.

5. Undersigned counsel has conferred with counsel for Intervenor Taylor, Joan Bechtold, and is authorized to state that Intervenor Taylor has no objection to this Motion.

WHEREFORE, Defendant University of Denver respectfully requests an extension of time, up to and including October 23, 2017, in which to answer the Second Amended Complaint in Intervention.

Respectfully submitted this 16th day of October, 2017.

**CONSTANGY, BROOKS,**
**SMITH & PROPHETE, LLP**

s/ LaLonnie Gray
***Jim Goh***
***Steven W. Moore***
***LaLonnie Gray***
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7533
Facsimile: 720-343-7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER SECOND AMENDED COMPLAINT IN INTERVENTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Michael Imdieke
Karl R. Tetzlaff
U.S. Equal Employment Opportunity Commission
michael.imdieke@eeoc.gov
karl.tetzlaff@eeoc.gov

Baine P. Kerr
Jonathan B. Boonin
Lauren E. Groth
Hutchinson Black and Cook, LLC
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Jennifer Reisch
Rebecca Peterson-Fischer
Equal Rights Advocates
jreisch@equalrights.org
rpetersonfischer@equalrights.org

Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

And, I hereby certify that on this October 16, 2017, I served the forgoing via email to the following:

Paul H. Chan
Vice Chancellor for Legal Affairs and General Counsel
University of Denver
paul.chan@du.edu

s/ Teri Mercill
***Teri Mercill***