IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO, and
CATHERINE SMITH,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Extension of Time to Answer Second Amended Complaint in Intervention (Docket No. 82) is GRANTED finding good cause shown. Defendant shall answer the Second Amended Complaint in Intervention (Docket No. 81) on or before October 23, 2017.

Date: October 16, 2017