**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To: The clerk of Court and all parties of record,

The undersigned counsel, Joan M. Bechtold, of the law firm of Sweeney & Bechtold, LLC, hereby enters her appearance on behalf of Plaintiff-Intervenor Celia Taylor and certifies that she is a member in good standing of the bar of this Court.

Dated: October 17, 2017

Respectfully submitted,

*s/ Joan M. Bechtold*
Joan M. Bechtold
Sweeney & Bechtold, LLC
650 S. Cherry St., Suite 700
Denver, CO 80246

(303) 865-3733
jmbechtold@sweeneybechtold.com

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2017 I filed the foregoing **Notice of Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jim Goh
Ellen Kearns
Steven W. Moore
LaLonnie Gray
Constangy, Brooks, Smith & Prophete, LLP
JGoh@constangy.com
EKearns@constangy.com
SMoore@constangy.com
LGray@constangy.com
*Attorneys for Defendant*

Michael Imdieke
Karl Tetzlaff
Wasan Awad
U.S. Equal Employment Opportunity Commission
Michael.Imdieke@eeoc.gov
Karl.Tetzlaff@eeoc.gov
Wasan.Awad@eeoc.gov
*Attorneys for EEOC*

Baine P. Kerr
Jonathan B. Boonin
Lauren E. Groth
Hutchinson Black and Cook, LLC
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Jennifer Reisch
Equal Rights Advocates
jreisch@equalrights.org
*Attorneys for Plaintiff-Intervenor Lucy Marsh*

*s/ Ashley Rodriguez*
Ashley Rodriguez