**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02471-WYD-MJW

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

Plaintiff,

**LUCY MARSH,**
**NANCY EHRENREICH,**
**KRIS McDANIEL-MICCIO,**
**CATHERINE SMITH,**
**K.K. DuVIVIER, and**
**JOYCE STERLING**

Intervenors,

v.

**UNIVERSITY OF DENVER**,

Defendant.

---

# MOTION TO APPEAR TELEPHONICALLY

---

Lauren E. Groth, counsel for Plaintiff-Intervenor Lucy Marsh, moves this Court for leave to appear telephonically before the Honorable Michael J. Watanabe at the Status Conference scheduled for November 6, 2017 at 11:30 a.m. (MDT), in the above-captioned matter.

Date: November 1, 2017.

Respectfully submitted,

*s/ Lauren E. Groth*

Lauren E. Groth
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302

Telephone: 303-442-6514
Facsimile: 303-442-6593
groth@hbcboulder.com

*ATTORNEY FOR INTERVENOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, a true and correct copy of the foregoing **MOTION TO APPEAR TELEPHONICALLY** was served by CM/ECF system on the following:

Jim Goh
Steven W. Moore
LaLonnie Gray
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7533
Facsimile: 720-343-7571
jgoh@constangy.com
*Attorneys for Defendant*

Michael Imdieke
Wasan Awad
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 E 17th Avenue, Suite 410
Denver, CO 80203
Phone: (303)-866-1320
michael.imdieke@eeoc.gov
*Attorney for Plaintiff*

Charlotte N. Sweeney
Joan M. Bechtold
Sweeney & Bechtold, LLC
650 S. Cherry St., Suite 700
Denver, CO 80246
Telephone: 303-865-3733
Facsimile: 303-865-3738
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
*Attorneys for Plaintiff Intervenors Ehrenreich, McDaniel-Miccio, Smith, DuVivier and Sterling*

__*s/Ella Ford*____________
Ella Ford