**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

## MOTION TO APPEAR TELEPHONICALLY

---

Wasan A. Awad, counsel for Plaintiff Equal Employment Opportunity Commission ("EEOC"), moves this Court for leave to appear telephonically before the Honorable Michael J. Watanabe at the Status Conference scheduled for November 6, 2017 at 11:30 a.m. (MDT), in the above-captioned matter.

DATED: November 2, 2017.

RESPECTFULLY SUBMITTED,

*/s/Wasan A. Awad*

WASAN A. AWAD
Trial Attorney
Telephone: (602) 640-5032
Facsimile: (602) 640-5009
E-Mail: wasan.awad@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, AZ 85012

Attorneys for Plaintiff EEOC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, for filing and for service upon the following CM/ECF registrants, as more fully reflected in the Notice of Electronic Filing:

Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570
Fax: 720.343.7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com
*ekearns@constangy.com*

**Attorneys for Defendant**

Baine P. Kerr
Jonathan B. Boonin
Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
650 S. Cherry St., Suite 700
Denver, CO 80246
Telephone: 303-865-3733
Facsimile: 303-865-3738
cnsweeney@sweeneybechtold.com

jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

**Attorneys for Plaintiff-Intervenor**

*/s/ Wasan A. Awad*
Trial Attorney