IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DuVIVIER, and
JOYCE STERLING

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff EEOC's Motion to Appear Telephonically (Docket No. 90) is GRANTED. All counsel appearing by telephone at the Status Conference are directed to jointly contact chambers (303-844-2403) at 11:30 a.m. on November 6, 2017.

Date: November 2, 2017