IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE, DISCOVERY CUTOFF, AND DISPOSITIVE MOTION DEADLINES**

---

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenors Lucy Marsh, K.K. DuVivier, Nancy Ehrenreich, Kris McDaniel-Miccio, Catherine Smith, Joyce Sterling, Celia Taylor, and Defendant University of Denver ("Defendant") hereby move for a 60-day extension of the expert disclosure and expert reports which had previously been extended to November 17, 2017, and January 16, 2018 respectively by the Court in a Minute Order (Dkt. 55), along with a continuation of all corresponding discovery deadlines including the discovery cutoff currently set for February 15, 2018 and the

deadline to file dispositive motions set for April 18, 2018. *Id*. Pursuant to D.C. Colo.L.Civ. R 7.1(a), the EEOC has conferred with counsel for Defendant regarding this extension and all parties agree to the request for extension.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for good cause and with the Court's consent. "Properly construed, 'good cause' means that the scheduling deadlines cannot be met despite a party's diligent efforts." *Colo. Visionary Acad. v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000).

In support of its motion for extending the current discovery deadlines, the parties state as follows:

1. On July 26, 2017, in a Minute Order (Dkt. 55) the Court finding good cause, extended the discovery deadlines as follows: expert identification and reports deadline extended to November 17, 2017; rebuttal expert identification and reports extended to January 16, 2018; discovery cutoff extended to February 15, 2018; and dispositive motions had to be filed by April 18, 2018.
2. Since that Order, the parties have engaged in diligent discovery including negotiating search terms for their ESI protocol and written discovery through October 28th with thousands of documents produced by both sides.
3. Depositions could not be conducted in the summer because of the DU professors' summer schedules and so the parties had to wait until the school semester began.
4. Additionally, in the meantime, three more aggrieved individuals have intervened in the case. Specifically, Ms. K.K. DuVivier and Ms. Joyce Sterling were permitted to intervene on August 23, 2017. (Dkt. 63). Then, on October

2, 2017 the Court granted Ms. Celia Taylor's motion to Intervene. (Dkt. 80). Throughout this time, Defendant continued to file Unopposed Motions for Extensions of Time to Answer the Amended Complaints in Intervention which were all granted by the Court. (Dkts. 51, 52, 69, 71, 72, 74, 82, and 84) Defendant's Answer to the Second Amended Complaint in Intervention was most recently filed on October 2, 2017 while depositions were in progress.

5. While it has been difficult to coordinate deposition dates due to the number of counsel involved in this case, and the professors' busy work schedules, including their lack of availability in the summer, depositions have been proceeding since early October and Defendant has taken all aggrieved individuals' depositions. However, based on availability, the EEOC will be taking former Dean Martin Katz deposition on November 2nd and former Dean Jose "Beto" Juarez deposition on November 17th, 2017, the same day the expert reports are currently due.

6. Due to the heavy document production and the information gleaned from those documents and from the depositions already taken, the EEOC anticipates that it will need to schedule additional depositions before expert reports are required, including the depositions of male comparator professors, former Deans, the Provost, and the Chancellor.

7. Based on the fact that the experts will need to review and incorporate some of these depositions in the formulation of their opinions when conducting their expert reports an extension of 60 days in the discovery schedule is necessary.

8. All parties agree to this extension request and will not be prejudiced by it.

9. In light of the aforementioned, Plaintiff EEOC, Plaintiff-Intervenors, and Defendant request the following modification to the extensions previously provided by the Court in its previous Minute Order (Dkt. 55):

    a. Expert Identification and reports extended to on or before January 16, 2018 (instead of November 17, 2017);

    b. Rebuttal expert identification and reports extended to on or before March 19, 2018 (instead of January 16, 2018);

    c. Discovery cutoff extended to April 16, 2018 (instead of February 15, 2018)

    d. Dispositive motions extended to on or before June 18, 2018 (instead of April 18, 2018).

**Wherefore**, Plaintiff EEOC, Plaintiff-Intervenors, and Defendant request that the expert deadlines, discovery cutoff and dispositive motion deadlines be extended by 60 days as set forth above.

Respectfully submitted on November 3, 2017.

*s/Wasan Awad*
WASAN AWAD
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Office, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5032
Facsimile: (602) 640-5009
Wasan.awad@eeoc.gov

*s/Jim Goh*
Jim Goh
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570
Fax: 720.343.7571
jgoh@constangy.com

**Attorneys for Defendant**

*s/Jonathan B. Boonin*
Jonathan B. Boonin
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593
boonin@hbcboulder.com

**Attorneys for Plaintiff Intervenor**

*s/Charlotte N. Sweeney*
Charlotte N. Sweeney
Sweeney & Bechtold, LLC
650 S. Cherry St., Suite 700
Denver, CO 80246
Tel: (303) 865-3733
cnsweeney@sweeneybechtold.com

**Attorneys for Plaintiff-Intervenor**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, a true and correct copy of the foregoing was served upon the following by electronic mail:

Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570
Fax: 720.343.7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com
ekearns@constangy.com

**Attorneys for Defendant**

Baine P. Kerr
Jonathan B. Boonin
Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
Tel: (303) 865-3733
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

**Attorneys for Plaintiff-Intervenor**

*s/Wasan A Awad*
Trial Attorney