IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No: 16-cv-02471-WYD-MJW | Date: November 6, 2017
Courtroom Deputy: Stacy Libid | FTR: Courtroom A-502

| *Parties:* | *Counsel:* |
| --- | --- |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Michael Imdieke<br>Wasan Awad, by phone |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF DENVER, | LaLonnie Gray<br>Jim Goh |
| Defendant, | |
| LUCY MARSH,<br>NANCY EHRENREICH,<br>KRIS MCDANIEL-MICCIO,<br>CATHERINE SMITH,<br>K.K. DUVIVER, and<br>JOYCE STERLING, | Lauren Groth, by phone<br>Charotte Sweeney<br>Joan Bechtold |
| Intervenor Plaintiffs. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**11:28 a.m. Court in session.**

Court calls case. Appearances of counsel.

**It is ORDERED:** Joint Motion to Amend Scheduling Order to Extend Expert Disclosure, Discovery Cutoff, and Dispositive Motion Deadlines [Docket No. 93, filed on November 3, 2017] is **GRANTED.**

- The deadline for expert identification and reports is extended to January 16, 2018;
- The deadline for rebuttal expert identification and reports is extended to March 19, 2018;
- The discovery cutoff is extended to April 16, 2018; and
- The deadline for dispositive motions is extended to June 18, 2018

Discussion regarding update on discovery and scheduling depositions

**It is ORDERED:** A **STATUS CONFERENCE** is set on **February 1, 2018 at 9:00 a.m. (MST)** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Counsel Lauren Groth, Jim Goh, and Wasan Awad are permitted to appear by phone. All counsel appearing by telephone are directed to jointly contact chambers (303-844-2403) at the scheduled time. EEOC counsel shall initiate conference call.

**It is ORDERED:** Parties are to meet and confer regarding the chop resolution to reach an agreement by **November 17, 2017.**

**11:40 a.m. Court in recess.**

Hearing concluded.

Total in-court time: 00:12

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.