IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DuVIVIER, and
JOYCE STERLING

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order to Extend Expert Disclosure, Discovery Cutoff, and Dispositive Motion Deadlines (Docket No. 93) is GRANTED finding good cause shown. The Scheduling Order (Docket No. 24) is AMENDED as follows:

- The deadline for expert identification and reports is extended to January 16, 2018;
- The deadline for rebuttal expert identification and reports is extended to March 19, 2018;
- The discovery cutoff is extended to April 16, 2018; and
- The deadline for dispositive motions is extended to June 18, 2018 (instead of April 18, 2018).

Date: November 6, 2017