**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-CV-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DUVIVIER,
JOYCE STERLING, and
CELIA TAYLOR

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF-INTERVENORS' FIRST SET OF DISCOVERY REQUESTS**

---

Defendant University of Denver ("Defendant"), by and through its undersigned counsel, and pursuant to D.C.COLO.LCivR 6.1 hereby moves for an extension of time, up through and including November 27, 2017 to respond to the First Set of Discovery Requests to Defendant ("Discovery Requests") from Plaintiff-Intervenors K.K. DuVivier, Nancy Ehrenreich, Kris McDaniel-Miccio, Catherine Smith, Joyce Sterling, and Celia Taylor ("Plaintiff-Intervenors"). As grounds for this motion, Defendant states as follows:

1. Plaintiff-Intervenors served their First Set of Discovery Requests to Defendant on October 13, 2017.

2. The deadline for Defendant to respond is November 13, 2017.

3. Defendant has been working diligently to respond to Plaintiff-Intervenors' Discovery Requests, but requires an additional two weeks to review documents and finalize Defendant's responses to Plaintiff-Intervenors' interrogatories.

4. Defendant has not previously sought any extensions with respect to the relief requested herein.

5. Undersigned counsel has conferred with counsel for Plaintiff-Intervenors and is authorized to state that Plaintiff-Intervenors have no objection to this Motion.

WHEREFORE, Defendant University of Denver respectfully requests an extension of time, up to and including November 27, 2017, in which to respond to Plaintiff-Intervenors' First Set of Discovery Requests to Defendant.

Respectfully submitted this 13th day of November, 2017.

**CONSTANGY, BROOKS,**
**SMITH & PROPHETE, LLP**

s/ LaLonnie Gray
***Jim Goh***
***Steven W. Moore***
***LaLonnie Gray***
600 17th Street, Suite 2700S
Denver, CO 80202
Telephone: 720-343-7533
Facsimile: 720-343-7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com

***Ellen Kearns***
535 Boylston Street, Suite 902
Boston, MA 02116
Telephone: 617.849.7881
Facsimile: 617.849.7871
ekearns@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF-INTERVENORS' FIRST SET OF DISCOVERY REQUESTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Michael Imdieke
Karl R. Tetzlaff
Wasan Awad
U.S. Equal Employment Opportunity Commission
michael.imdieke@eeoc.gov
karl.tetzlaff@eeoc.gov
wasan.awad@eeoc.gov

Baine P. Kerr
Jonathan B. Boonin
Lauren E. Groth
Hutchinson Black and Cook, LLC
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Jennifer Reisch
Equal Rights Advocates
jreisch@equalrights.org

Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

I further certify that on this November 13, 2017, I served the forgoing via email to the following:

Paul H. Chan
Vice Chancellor for Legal Affairs and General Counsel
University of Denver
paul.chan@du.edu

s/ *Samantha Roth*
Samantha Roth, Paralegal