IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DuVIVIER, and
JOYCE STERLING

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff-Intervenors' First set of Discovery Requests (Docket No. 97) is GRANTED finding good cause shown. Defendant shall respond to Plaintiff-Intervenors' First Set of Discovery Requests on or before November 27, 2017.

Date: November 13, 2017