IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER**

---

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenors Lucy Marsh, K.K. DuVivier, Nancy Ehrenreich, Kris McDaniel-Miccio, Catherine Smith, Joyce Sterling, Celia Taylor, and Defendant University of Denver ("Defendant") hereby move for a further 30-day extension of certain deadlines in the Scheduling Order, as amended.

Pursuant to D.C. Colo.L.Civ. R 7.1(a), the EEOC has conferred with counsel for Defendant regarding this extension and all parties agree to the request for extension.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for good cause and with the Court's consent. "Properly construed, 'good cause' means that the scheduling deadlines cannot be met despite a party's diligent efforts." *Colo. Visionary Acad. v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000).

In support of its motion for extending the current discovery deadlines, the parties state as follows:

1. On July 26, 2017, in a Minute Order (Dkt. 55) the Court finding good cause, extended the discovery deadlines as follows: expert identification and reports deadline extended to November 17, 2017; rebuttal expert identification and reports extended to January 16, 2018; discovery cutoff extended to February 15, 2018; and dispositive motions had to be filed by April 18, 2018.
2. On November 6, 2017, in a subsequent Minute Order (Dkt 96), the Court finding good cause further extended the discovery deadlines as follows: expert identification and reports deadline extended to January 16, 2018; rebuttal expert identification and reports extended to March 19, 2018; discovery cutoff extended to April 16, 2018; and dispositive motions had to be filed by June 18, 2018.
3. Since that subsequent Minute Order, the parties have scheduled a mediation to take place over three days (January 16, 17 and 18) in an effort to resolve this dispute. So that the parties may fully focus their energies on preparing for that mediation, and so as to avoid potentially unnecessary expenses, the parties seek a further 30 day extension of these discovery deadlines.
4. All parties agree to this extension request and will not be prejudiced by it.

5. In light of the aforementioned, Plaintiff EEOC, Plaintiff-Intervenors, and Defendant request the following modification to the extensions previously provided by the Court in its Minute Order (Dkt. 96):
    a. Expert Identification and reports extended to on or before February 15, 2018 (instead of January 16, 2018);
    b. Rebuttal expert identification and reports extended to on or before April 18, 2018 (instead of March 19, 2018);
    c. Discovery cutoff extended to May 16, 2018 (instead of April 16, 2018)
    d. Dispositive motions extended to on or before July 18, 2018 (instead of June 18, 2018).

Wherefore, Plaintiff EEOC, Plaintiff-Intervenors, and Defendant request that the expert deadlines, discovery cutoff and dispositive motion deadlines be extended by 30 days as set forth above.

Respectfully submitted on January 4, 2018.

*s/ Michael Imdieke*
MICHAEL IMDIEKE
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 East 17th Avenue, Suite 410
Denver, Colorado 80203
Telephone: (303) 866-1320
Facsimile: (303) 866-1375
michael.imdieke@eeoc.gov

*s/ Jim Goh*
Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570
Fax: 720.343.7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com

**Attorneys for Defendant**

*s/ Baine P. Kerr*
Baine P. Kerr
Jonathan B. Boonin
Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593

**Attorneys for Plaintiff Intervenor**

*s/ Charlotte N. Sweeney*
Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC

**Attorneys for Plaintiffs Intervenors**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of Court via CM/ECF, which will send notification of such filing to the following email addresses:

Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com
*ekearns@constangy.com*
**Attorneys for Defendant**

Baine P. Kerr
Jonathan B. Boonin
Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

Jennifer Reisch
Equal Rights Advocates
jreisch@equalrights.org

Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com
**Attorneys for Plaintiffs-Intervenors**

*s/Mike Imdieke*
Trial Attorney

Counsel for the parties further certify that on January 4, 2018, they have served the foregoing via email on the following:

Mary O'Neill
Regional Attorney
EEOC – Phoenix District

s/ Mike Imdieke

Lucy Marsh
*Plaintiff Intervenor*

s/ Baine Kerr

K.K. DuVivier
Nancy Ehrenreich
Kris McDaniel-Miccio
Catherine Smith
Joyce Sterling
Celia Taylor
*Plaintiff Intervenors*

s/ Charlotte Sweeney

Paul H. Chan
Vice Chancellor for Legal Affairs and General Counsel
University of Denver

s/ Jim Goh