IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No: 16-cv-02471-WYD-MJW    Date: February 1, 2018
Courtroom Deputy: Stacy Libid    FTR: Courtroom A-502

| *Parties:* | *Counsel:* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff, | Michael Imdieke<br>Wasan Awad, by phone |
| v. | |
| UNIVERSITY OF DENVER,<br><br>Defendant, | Jim Goh |
| LUCY MARSH,<br>NANCY EHRENREICH,<br>KRIS MCDANIEL-MICCIO,<br>CATHERINE SMITH,<br>K.K. DUVIVER,<br>CELIA TAYLOR, and<br>JOYCE STERLING,<br><br>Intervenor Plaintiffs. | Jonathan Boonin, by phone<br>Charotte Sweeney |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**9:01 a.m. Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding update on discovery and possible settlement. The parties request to extend the deadlines and extend the response deadline regarding Motion to Compel [Docket No. 103, filed on January 16, 2018].

**It is ORDERED:** A **STATUS CONFERENCE** is set on **April 4, 2018 at 9:00 a.m. (MST)** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Parties shall give an update regarding discovery and settlement.

**It is ORDERED:** Parties are to meet and confer regarding filing a joint motion to extend deadlines and extend the response deadline regarding Motion to Compel on or before **February 5, 2018**.

**9:10 a.m. Court in recess.**

Hearing concluded.

Total in-court time: 00:09

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.