IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER AND TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

---

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenors Lucy Marsh, K.K. DuVivier, Nancy Ehrenreich, Kris McDaniel-Miccio, Catherine Smith, Joyce Sterling, and Celia Taylor, and Defendant University of Denver hereby move for a four-week extension of certain deadlines in the Scheduling Order, as amended.

Pursuant to D.C.COLO.L.Civ.R 7.1(a), the EEOC has conferred with counsel for all parties regarding this extension and all parties agree to the request for extension.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for good cause and with the Court's consent. "Properly construed, 'good cause' means that the scheduling deadlines cannot be met despite a party's diligent efforts." *Colo. Visionary Acad. v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000).

In support of this motion for extending the current discovery deadlines, the parties state as follows:

1. On July 26, 2017, in a Minute Order (ECF No. 55) the Court finding good cause, extended the discovery deadlines as follows: expert identification and reports deadline extended to November 17, 2017; rebuttal expert identification and reports extended to January 16, 2018; discovery cutoff extended to February 15, 2018; and dispositive motions to be filed by April 18, 2018.
2. On November 6, 2017, in a subsequent Minute Order (ECF No. 96), the Court finding good cause further extended the discovery deadlines as follows: expert identification and reports deadline extended to January 16, 2018; rebuttal expert identification and reports extended to March 19, 2018; discovery cutoff extended to April 16, 2018; and dispositive motions to be filed by June 18, 2018.
3. On January 5, 2018, in a subsequent Minute Order (ECF No. 102), the Court finding good cause further extended the discovery deadlines as follows: expert identification and reports extended to February 15, 2018; rebuttal expert identification and reports extended to March 19, 2018; discovery cutoff extended to April 16, 2018; and dispositive motions to be filed by June 18,

2018.

4. On January 16, 2018, Plaintiffs filed a Motion to Compel Documents Improperly Withheld by Defendant University of Denver. (ECF No. 103.) Defendant's response to that motion is currently due on February 6, 2018.
5. As indicated in the parties' prior Motion to Amend Scheduling Order (ECF No. 100), from January 16-18, 2018, the parties attended mediation with the Honorable Kathleen A. Roberts (Ret.). Although the parties did not reach a resolution during the three-day mediation session, considerable progress was made, and the parties are continuing to communicate with the mediator in an effort to resolve this matter.
6. So that the parties may fully focus their energies on these continuing settlement discussions, and to avoid potentially unnecessary litigation expenses, the parties seek a four-week extension of the discovery deadlines and the deadline for Defendant to respond to Plaintiffs' Motion to Compel.
7. All parties agree to this extension request and will not be prejudiced by it.
8. In light of the aforementioned, the EEOC, Plaintiff-Intervenors, and Defendant request the following modification to the extensions previously provided by the Court in its Minute Order (ECF No. 102):
    a. Deadline for expert identification and reports extended to on or before March 15, 2018 (instead of February 15, 2018);
    b. Deadline for rebuttal expert identification and reports extended to on or before May 16, 2018 (instead of April 18, 2018);
    c. Discovery cutoff extended to June 13, 2018 (instead of May 16,

2018);

d. Dispositive motions extended to on or before August 15, 2018 (instead of July 18, 2018).

9. The parties further request that the deadline for Defendant to respond to Plaintiffs' Motion to Compel be extended from February 6, 2018 to March 6, 2018.

Wherefore, the EEOC, Plaintiff-Intervenors, and Defendant request that the expert deadlines, discovery cutoff, dispositive motion deadline, and deadline for Defendant's response to Plaintiffs' Motion to Compel be extended by four-weeks as set forth above.

Respectfully submitted on February 5, 2018.

*s/ Mike Imdieke*
MICHAEL IMDIEKE
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 East 17th Avenue, Suite 410
Denver, Colorado 80203
Telephone: (303) 866-1320
Facsimile: (303) 866-1375
michael.imdieke@eeoc.gov

*s/ Jim Goh*
Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570

Fax: 720.343.7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com

**Attorneys for Defendant**

*s/ Baine P. Kerr*
Baine P. Kerr
Jonathan B. Boonin
Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

**Attorneys for Plaintiff Intervenor**

*s/ Charlotte N. Sweeney*
Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

**Attorneys for Plaintiffs Intervenors**

**CERTIFICATE OF SERVICE**

Pursuant to D.C.COLO.LCivR 5.1(d), "The Notice of Electronic Filing generated by CM/ECF constitutes a certificate of service."

Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties certify that on February 5, 2018, they served the foregoing via email on the following:

Mary O'Neill
Regional Attorney
EEOC – Phoenix District

*s/ Mike Imdieke*

Lucy Marsh
*Plaintiff Intervenor*

*s/ Baine Kerr*

K.K. DuVivier
Nancy Ehrenreich
Kris McDaniel-Miccio
Catherine Smith
Joyce Sterling
Celia Taylor
*Plaintiff Intervenors*

*s/ Charlotte Sweeney*

Paul H. Chan
Vice Chancellor for Legal Affairs and General Counsel
University of Denver

*s/ Jim Goh*