IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
K.K. DuVIVIER,
JOYCE STERLING, and
CELIA TAYLOR

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Joint Motion to Further Amend Scheduling Order and to Extend Deadline for Defendants to Respond to Plaintiff's Motion to Compel (Docket No. 107) is GRANTED finding good cause shown. The Scheduling Order (Docket No. 24) is AMENDED as follows:

- The deadline for expert identification and reports is extended to March 15, 2018;
- The deadline for rebuttal expert identification and reports is extended to May 16, 2018;
- The discovery cutoff is extended to June 13, 2018;
- The deadline for dispositive motions is extended to August 15, 2018.

It is further ORDERED that the deadline for Defendant to respond to Plaintiffs Motion to Compel is extended to March 6, 2018.

Date: February 5, 2018