IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER,
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER AND TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

---

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenors Lucy Marsh, K.K. DuVivier, Nancy Ehrenreich, Kris McDaniel-Miccio, Catherine Smith, Joyce Sterling, and Celia Taylor, and Defendant University of Denver hereby move for a one-month extension of certain deadlines in the Scheduling Order, as amended.

Pursuant to D.C.COLO.L.Civ.R 7.1(a), the EEOC has conferred with counsel for all parties regarding this extension and all parties agree to the request for extension.

Pursuant to D.C.COLO.LCivR 6.1(b), this Court has previously granted four extensions of the Scheduling Order deadlines.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order may be modified for good cause and with the Court's consent. "Properly construed, 'good cause' means that the scheduling deadlines cannot be met despite a party's diligent efforts." *Colo. Visionary Acad. v. Medtronic, Inc.,* 194 F.R.D. 684, 687 (D. Colo. 2000).

In support of this motion for extending the current discovery deadlines, the parties state as follows:

1. On January 16, 2018, Plaintiffs filed a Motion to Compel Documents Improperly Withheld by Defendant University of Denver. (ECF No. 103.) Defendant's response to that motion is currently due on February 6, 2018.
2. On February 5, 2018, in a Minute Order (ECF No. 109), the Court finding good cause extended the discovery deadlines as follows: expert identification and reports extended to March 15, 2018; rebuttal expert identification and reports extended to May 16, 2018; discovery cutoff extended to June 13, 2018; and dispositive motions to be filed by August 15, 2018. In that Minute Order, the Court also extended the deadline for Defendant to respond to Plaintiffs' Motion to Compel to March 6, 2018.
3. As indicated in the parties' prior Motion to Amend Scheduling Order (ECF No. 107), from January 16-18, 2018, the parties attended mediation with the Honorable Kathleen A. Roberts (Ret.). Although the parties did not reach a resolution during the three-day mediation session, considerable progress was made and the parties continued to communicate with the mediator in an effort

to resolve this matter.

4. Although a resolution has not yet been reached since the parties' prior Motion to Amend Scheduling Order, the parties continue to consistently and productively communicate through the mediator and have made considerable additional progress toward a resolution.
5. So that the parties may fully focus their energies on these continuing and productive settlement discussions, and to avoid potentially unnecessary litigation expenses, the parties seek a one-month extension of the discovery deadlines and the deadline for Defendant to respond to Plaintiffs' Motion to Compel.
6. All parties agree to this extension request and will not be prejudiced by it.
7. In light of the aforementioned, the EEOC, Plaintiff-Intervenors, and Defendant request the following modification to the extensions previously provided by the Court in its Minute Order (ECF No. 102):
    a. Deadline for Expert Identification and reports extended to on or before April 16, 2018 (instead of March 15, 2018);
    b. Rebuttal expert identification and reports extended to on or before June 15, 2018 (instead of May 16, 2018);
    c. Discovery cutoff extended to July 13, 2018 (instead of June 13, 2018);
    d. Dispositive motions extended to on or before September 14, 2018 (instead of August 15, 2018).
8. The parties further request that the deadline for Defendant to respond to

Plaintiffs' Motion to Compel be extended from March 6, 2018 to April 6, 2018.

Wherefore, the EEOC, Plaintiff-Intervenors, and Defendant request that the expert deadlines, discovery cutoff, dispositive motion deadline, and deadline for Defendant's response to Plaintiffs' Motion to Compel be extended by four-weeks as set forth above.

Respectfully submitted on March 6, 2018.

*s/ Mike Imdieke*
MICHAEL IMDIEKE
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
303 East 17th Avenue, Suite 410
Denver, Colorado 80203
Telephone: (303) 866-1320
Facsimile: (303) 866-1375
michael.imdieke@eeoc.gov

*s/ Jim Goh*
Jim Goh
Steven W. Moore
LaLonnie Gray
Ellen C. Kearns
Constangy, Brooks, Smith & Prophete LLP
600 17th Street, Suite 2700-S
Denver, CO 80202
Tel: 720.343.7570
Fax: 720.343.7571
jgoh@constangy.com
smoore@constangy.com
lgray@constangy.com

**Attorneys for Defendant**

*s/ Baine P. Kerr*
Baine P. Kerr
Jonathan B. Boonin

Lauren Elizabeth Groth
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, Colorado
Tel: 303-442-6514
Fax: 303-442-6593
kerr@hbcboulder.com
boonin@hbcboulder.com
groth@hbcboulder.com

**Attorneys for Plaintiff Intervenor**

*s/ Charlotte N. Sweeney*
Charlotte N. Sweeney
Joan M. Bechtold
Ariel B. DeFazio
Sweeney & Bechtold, LLC
cnsweeney@sweeneybechtold.com
jmbechtold@sweeneybechtold.com
abdefazio@sweeneybechtold.com

**Attorneys for Plaintiffs Intervenors**

**CERTIFICATE OF SERVICE**

Pursuant to D.C.COLO.LCivR 5.1(d), "The Notice of Electronic Filing generated by CM/ECF constitutes a certificate of service."

Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the parties certify that on March 6, 2018, they served the foregoing via email on the following:

Mary O'Neill
Regional Attorney
EEOC – Phoenix District

*s/ Mike Imdieke*

Lucy Marsh
*Plaintiff Intervenor*

*s/ Baine Kerr*

K.K. DuVivier
Nancy Ehrenreich
Kris McDaniel-Miccio
Catherine Smith
Joyce Sterling
Celia Taylor
*Plaintiff Intervenors*

*s/ Charlotte Sweeney*

Paul H. Chan
Vice Chancellor for Legal Affairs and General Counsel
University of Denver

*s/ Jim Goh*