IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

LUCY MARSH,
K.K. DuVIVIER.
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Joint Motion to Restrict Public Access to Exhibit B [ECF 126] filed April 24, 2018. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the "Joint Motion to Restrict Public Access to Exhibit B [ECF 126]" (ECF No. 127) is **GRANTED.** Exhibit B to the Consent Decree (ECF No. 126) shall be **RESTRICTED** at Level 1.

Dated: April 26, 2018

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge