**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

Courtroom Deputy:  Robert R. Keech         Date:  May 17, 2018
Court Reporter:    Tracy Weir

Civil Action No:  **16-cv-02471-WYD-MJW**         Counsel:

**EQUAL EMPLOYMENT OPPORTUNITY**              Rita Byrnes Kittle
**COMMISSION**,                                Michael H. Imdieke

    Plaintiff,

**LUCY MARSH,**                                Baine P. Kerr
**K.K. DuVIVIER.**                             Charlotte N. Sweeney
**NANCY EHRENREICH,**                          Joan M. Bechtold
**KRIS McDANIEL-MICCIO,**                      Ariel B. DeFazio
**CATHERINE SMITH,**
**JOYCE STERLING, and**
**CELIA TAYLOR**,

    Intervenors,

v.

**UNIVERSITY OF DENVER**,                     Jim Goh

    Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**10:07 a.m.**   Court in Session.

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

      Plaintiff's Motion for Order to Enter Consent Decree (Doc. No. 125), filed April 24, 2018, is raised for argument.

10:10 a.m.  Discussion and argument by counsel.

**ORDERED:** Plaintiff's Motion for Order to Enter Consent Decree (Doc. No. 125), filed April 24, 2018, is **GRANTED.**

**ORDERED:** Parties shall submit a revised Consent Decree not later than **Thursday, May 17, 2018.**

10:30 a.m.  Court in Recess.  HEARING CONCLUDED.

**TOTAL TIME:   :23**