IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   16-cv-02471-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

LUCY MARSH,
K.K. DuVIVIER.
NANCY EHRENREICH,
KRIS McDANIEL-MICCIO,
CATHERINE SMITH,
JOYCE STERLING, and
CELIA TAYLOR,

Intervenors,

v.

UNIVERSITY OF DENVER,

    Defendant.

## ORDER

THIS MATTER is before the Court on the Joint Motion to Enter Consent Decree and for Administrative Closure, Subject to the Terms of the Consent Decree filed April 24, 2018.  In the motion, the parties represent that all issues in this case are resolved by the Consent Decree attached to the motion, including all of the Plaintiffs' claims for monetary, injunctive, and equitable relief.  The parties also stipulate that the Consent Decree is fair, reasonable, and equitable; is not a product of collusion; and does not violate the public interest.  The Consent Decree was achieved after arms-length

negotiations between the Parties, who all participated in a three-day mediation in January 2018.

A hearing was held on this motion for Thursday, May 17, 2018.  At the hearing, the Consent Decree was modified in part as reflected on the record.  A .  With those modifications, it is

ORDERED that the Joint Motion to Enter Consent Decree and for Administrative Closure, Subject to the Terms of the Consent Decree (ECF No. 125) is **GRANTED.** The revised Consent Decree, as modified in Court with the approval of the parties, and submitted by the parties to the Court after the hearing, is **APPROVED** and is filed separately.  It is

FURTHER ORDERED that this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause.  The parties shall file a motion for dismissal of the case once the terms of the Consent Decree have been complied with.

Dated:  May 18, 2018

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge